

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,910-01

### EX PARTE MICHAEL ALEXANDER LEWIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. D41493-CR IN THE 13TH DISTRICT COURT FROM NAVARRO COUNTY

*Per curiam.*

### O P I N I O N

Applicant pleaded guilty to assault with family violence/household member - impeding breath or circulation and was sentenced to ten years' imprisonment. The Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary because his plea bargain contemplated that he would be bench warranted back to the trial court to be considered for a "shock probation" hearing after he served six months of his sentence. The trial court has determined that Applicant's plea was involuntary.

Relief is granted. *Brady v. United States*, 397 U.S. 742 (1970); *Ex parte Austin*, 746 S.W.2d

226 (Tex. Crim. App. 1988). The judgment in cause number D41493-CR in the 13th District Court of Navarro County is set aside, and Applicant is remanded to the custody of the Sheriff of Navarro County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: September 27, 2023
Do not publish